JOSEPH KARDONSKY, as Administrator of the Estate of BARNETT KARDONSKY, Deceased, Respondent, *v.* JAMES TOZZI, Trading under the Name of JAMES TOZZI & Co., Appellant.

(Argued October 12, 1931; decided November 17, 1931.)

*Samuel J. Levinson* and *Frank Weinstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.